POLSINELLI PC
Bradley R. Gardner, Esq.
600 Third Avenue, 42nd Floor
New York, New York 10016
(212) 684-0199
bgardner@polsinelli.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF COREVEST AMERICAN FINANCE 2020-1 TRUST MORTGAGE PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>-against-<br><br>HIRSCHHORN ESTATES LLC, MEYER HIRSCHHORN, CITY OF ROCHESTER and JOHN DOE NO. I THROUGH JOHN DOE NO. XXX, inclusive, the last thirty names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises described in the complaint,<br><br>Defendants. | Case No. 6:23-cv-06662-EAW |

### NOTICE OF MOTION TO APPOINT A RECEIVER

**PLEASE TAKE NOTICE** Wilmington Trust, National Association, as Trustee for the benefit of the registered holders of Corevest American Finance 2020-1 Trust Mortgage Pass-Through Certificates ("**Plaintiff**" or "**Lender**"), hereby moves this Court, the United States District Court for the Eastern District of New York, for the appointment of a receiver together with such other and further relief as this Court may deem just and proper, with respect to certain real

property, improvements thereon, and personal property located in Rochester, New York (collectively, the "**Property**").

PLEASE TAKE FURTHER NOTICE that Lender's Motion is supported by the accompanying Memorandum in Support of Motion for the Appointment of Receiver, Declaration of Russ Tuman Supporting Lender's Motion to Appoint Receiver, and exhibits attached thereto, and upon all of the proceedings and pleadings had herein.

PLEASE TAKE FURTHER NOTICE that responses in opposition, if any, shall be served fourteen (14) days after filing of this Motion or on by other date as ordered by the Court; and

PLEASE TAKE FURTHER NOTICE that replies shall be served seven (7) days after filing of any responses in opposition or by such other date as ordered by the Court.

Dated: New York, New York
       November 22, 2023

                                      Respectfully submitted,

                                      POLSINELLI PC

                                      By: */s/ Bradley R. Gardner*
                                             BRADLEY R. GARDNER, ESQ.
                                             600 Third Avenue, 42nd Floor
                                             New York, New York 10016
                                             (212) 684-0199
                                             bgardner@polsinelli.com

                                      *Attorneys for Plaintiff*