POLSINELLI PC
Bradley R. Gardner, Esq.
600 Third Avenue, 42nd Floor
New York, New York 10016
(212) 684-0199
bgardner@polsinelli.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF COREVEST AMERICAN FINANCE 2020-1 TRUST MORTGAGE PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>-against-<br><br>HIRSCHHORN ESTATES LLC, MEYER HIRSCHHORN, CITY OF ROCHESTER and JOHN DOE NO. I THROUGH JOHN DOE NO. XXX, inclusive, the last thirty names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises described in the complaint,<br><br>Defendants. | Case No. 6:23-CV-06662-EAW |

### DECLARATION OF BRADLEY R. GARDNER IN SUPPORT OF
### <u>LENDER'S MOTION TO APPOINT A RECEIVER</u>

BRADLEY R. GARDNER, pursuant to 28 U.S.C. § 1746 and under penalties of perjury, declares that the following is true and correct:

1. I am an attorney admitted to practice before this Court and am an associate with the law firm of Polsinelli PC, the attorneys for Plaintiff Wilmington Trust, National Association, as Trustee for the benefit of the registered holders of Corevest American Finance 2020-1 Trust Mortgage Pass-Through Certificates ("**Lender**"). I am fully familiar with the facts and the proceedings of this case.

2. I submit this Declaration in support of Lender's Motion for an Order to Appoint a Receiver.

3. Attached hereto as **Exhibit A** is proposed form of Order appointing a receiver.

Dated: New York, New York
November 22, 2023

                     POLSINELLI PC

                     By:    */s/ Bradley R. Gardner*
                          BRADLEY R. GARDNER, ESQ.
                          600 Third Avenue, 42nd Floor
                          New York, New York 10016
                          (212) 684-0199
                          bgardner@polsinelli.com

                          *ATTORNEYS FOR PLAINTIFF*

92125366