POLSINELLI PC
Bradley R. Gardner, Esq.
600 Third Avenue, 42nd Floor
New York, New York 10016
(212) 684-0199
bgardner@polsinelli.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF COREVEST AMERICAN FINANCE 2020-1 TRUST MORTGAGE PASS-THROUGH CERTIFICATES, <br><br> Plaintiff, <br><br> -against- <br><br> HIRSCHHORN ESTATES LLC, MEYER HIRSCHHORN, CITY OF ROCHESTER and JOHN DOE NO. I THROUGH JOHN DOE NO. XXX, inclusive, the last thirty names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises described in the complaint, <br><br> Defendants. | Case No. 6:23-cv-06662-EAW |

## CERTIFICATE OF SERVICE

I, Bradley R. Gardner, Esq., hereby certify that on the 22nd day of November, 2023, true and correct copies of the following documents were filed with the Clerk of the Court using the CM/ECF system:

- Notice of Motion to Appoint Receiver;

- Memorandum of Law in Support of Motion to Appoint Receiver;

92125367

- Declaration of Bradley R. Gardner, Esq. in Support of Motion to Appoint Receiver, with Exhibit A, [Proposed] Order for Appointment of Receiver;

- Affidavit of Russ Tuman in Support of Plaintiff's Motion to Appoint Receiver, with Exhibit 1; and

I further certify that I caused to be served true and correct copies of the above-listed documents to the Defendants at the last known addresses in the following methods:

Hirschhorn Estates LLC
P.O. Box 901
Tallman, New York 10982
*Via First-Class Priority Express Mail*

Meyer Hirschhorn
14 Stoneham Lane
New City, New York 10956
*Via Overnight Express Mail*

City of Rochester
c/o Michael Furlano
City Hall, 30 Church Street
Rochester, New York 14614
*Via Overnight Express Mail*

Dated: November 22, 2023

POLSINELLI PC

By: ____/s/ Bradley R. Gardner____
BRADLEY R. GARDNER, ESQ.
600 Third Avenue, 42nd Floor
New York, New York 10016
(212) 684-0199
bgardner@polsinelli.com

*Attorneys for Plaintiff*