UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

Wilmington Trust, National Association, as
Trustee for the Benefit of the Registered Holders
of Corevest American Finance 2020-1 Trust Mortgage
Pass-Through Certificates

        Plaintiff,    **NOTICE OF APPEARANCE**

 -vs-

                Index No.: 23-CV-6662

**Hirschhorn Estates LLC, et al.**

        Defendants.
_____

**To:** The Clerk of the Court and all parties of record

  I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the **City of Rochester** Defendants.

Date: November 30, 2023
    Rochester, NY

               **/s/Michael Furlano**
               Michael Furlano, Esq. of Counsel
               NYS Bar Number: 5248190
               *Attorney for Defendants City of Rochester,*
               30 Church Street, Room 400A
               Rochester, NY 14614
               Phone: (585) 428-7021
               Fax: (585) 428-6950
               michael.furlano@cityofrochester.gov