UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF COREVEST AMERICAN FINANCE 2020-1 TRUST MORTGAGE PASS-THROUGH CERTIFICATES,

Plaintiff,

-against-

HIRSCHHORN ESTATES LLC, MEYER HIRSCHHORN, CITY OF ROCHESTER and JOHN DOE NO. I THROUGH JOHN DOE NO. XXX, inclusive, the last thirty names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises described in the complaint,

Defendants.

Case No. 6:23-cv-06662-EAW

---

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

I, HECTOR E. DURANT, being duly sworn, depose and say: I am not a party to the action, I am over 18 years of age and reside in Queens County, New York.

On the 6th day of December, 2023, I served a true and correct copy of the Text Order by the Hon. Elizabeth A. Wolford, dated December 6, 2023, upon the parties identified below, at the last known addresses, using the following delivery methods:

Hirschhorn Estates LLC
P.O. Box 901
Tallman, New York 10982
*Via First-Class Priority Overnight Express Mail & First-Class Regular Mail*
*(FedEx service does not deliver to P.O. boxes, and this office is not in the possession of an alternate address at this time)*

Case No. 6:23-cv-06662-EAW
Affidavit of Service

Meyer Hirschhorn
14 Stoneham Lane
New City, New York 10956
*Via E-Mail (meirh1987@yahoo.com) & First-Class Regular Mail*

_____
Hector E. Durant

Sworn to before me this
6th day of December, 2023

_____
Notary Public

DANIELA BAULEO
Notary Public, State of New York
No. 01BA6284760
Qualified in Queens County
Commission Expires June 24, 2025

2