UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

**WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF COREVEST AMERICAN FINANCE 2020-1 TRUST MORTGAGE PASS-THROUGH CERTIFICATES**

                Plaintiff,

**-vs-**

**HIRSCHHORN ESTATES LLC, MEYER HIRSCHHORN, CITY OF ROCHESTER and JOHN DOE NO I THROUGH JOHN DOE NO. XXX, inclusive, the last thirty names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any having or claiming an interest in or lien upon the premises described in the complaint.**

                Defendants.
_____

**ANSWER**

Case No.: 23-CV-6662

      Defendant, City of Rochester, ("City Defendant") by their attorney Patrick Beath, City of Rochester Corporation Counsel, Michael Furlano, Esq. of Counsel, hereby answers the Complaint as follows:

      1.    City Defendant admits paragraphs 4 and 11.

      2.    City Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 1, 2, 3, 5, 6, 7, 8, 9, 10, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 30, 31, 32, 33, 35, 36, and 37.

      3.    Paragraph 12 is a legal assertion that does not require an answer by City Defendant but is otherwise denied.

4. City Defendant admits as much of Paragraph 29 as to the City of Rochester but denies information or knowledge sufficient to form a belief as to the remainder of the paragraph.

5. City Defendant denies Paragraph 34 as it relates to Plaintiff's entitlement that Plaintiff be declared first and best lien. City Defendant denies information or knowledge sufficient to form a belief as to the remainder of the paragraph.

6. City Defendant denies each and every allegation contained in the Complaint not expressly admitted herein.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE, DEFENDANT STATES:**

7. The City of Rochester maintains first and best lien priority over all subject properties located in the City of Rochester pursuant to City of Rochester Charter § 9-80.

8. Any foreclosure executed by way of this action would not foreclose the City Defendant's past, current, and future interests on those subject properties.

**WHEREFORE**, Defendant City of Rochester demands:

A. Judgment granting foreclosure subject to any and all present and future city liens and interests;

B. Ordering and directing that any proceeds of the foreclosure sale be first applied to any unpaid city invoices, debts, claims, taxes, fines, costs, fees, and judgments concerning the subject properties;

C. The costs and disbursements of this action; and

D. Such other and further relief to which the Court may seem just and proper.

Date: March 1, 2024         PATRICK BEATH, CORPORATION COUNSEL
   Rochester, NY

          By:
            **/s/Michael Furlano**
            Michael Furlano, Esq. of Counsel
            NYS Bar Number: 5248190
            *Attorney for Defendants City of Rochester,*
            30 Church Street, Room 400A
            Rochester, NY 14614
            Phone: (585) 428-7021
            Fax: (585) 428-6950
            michael.furlano@cityofrochester.gov