UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF COREVEST AMERICAN FINANCE 2020-1 TRUST MORTGAGE PASS-THROUGH CERTIFICATES,

Plaintiff,

-against-

HIRSCHHORN ESTATES LLC, MEYER HIRSCHHORN, CITY OF ROCHESTER and JOHN DOE NO. I THROUGH JOHN DOE NO. XXX, inclusive, the last thirty names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises described in the complaint,

Defendants.

Case No. 6:23-cv-06662-EAW

**ORDER**

---

WHEREAS Trigild IVL ("**Receiver**") brings this Motion for an Order granting permission to market the properties for sale [ECF Doc. No. 47] located at 103 Marion St, Rochester, New York 14610; 117 W Filbert Street, East Rochester, New York 14445; 136 Campbell St Apts 1-6, Rochester, New York 14611; 236 Saratoga Ave Apts 1-6, Rochester, NY 14608; 258 Avis St, Rochester, New York 14615; 294 Lexington Ave, Rochester, New York 14613; 301 Selye Ter, Rochester, New York 14613; 31 Alice St, Rochester, New York 14611; 36 Sterling St, Rochester, NY 14606; 404 Emerson St, Rochester, New York 14613; 74 Starling St, Rochester, New York 14613; 76 Oriole St, Rochester, NY 14613; 8 Immel St, Rochester, New York 14606; 8 Velox St, Rochester, New York 14615; 87 Dix St, Rochester, New York 14606; 968 Ridgeway Ave, Rochester, New York 14615; 14 Durgin St, Rochester, New York 14605, including all real and personal property, and improvements located thereon, (collectively, the "**Property**");

99974547.1

It is hereby **ORDERED** that pursuant to 28 U.S.C. § 2001(a) and 28 U.S.C. § 2002, the Receiver's unopposed Motion for permission to market the Property for sale is granted and the Receiver may retain a broker to market the Property for sale;

It is hereby further **ORDERED** that once a commercially reasonable buyer is obtained, the Receiver shall move for an order from this Court approving the sale;

It is hereby further **ORDERED** that pursuant to 28 U.S.C. § 2001(b), the Court appoints the following three (3) disinterested appraisers to appraise the Property:

1. Patricia Bardeen
   IREM Solutions, Inc.
   646 N French Rd, Suite 6
   Buffalo, NY 14228
   (585) 309-2754

2. Megan Gosnell
   Century Appraisal
   4029 St. Paul Blvd
   Rochester, NY 14617
   (585) 414-0846

3. Aaron Anselm
   Five Star Appraisals
   88 Gramercy Park
   Rochester, NY 14610
   (585) 703-1509

DATED:  November 15, 2024

_____
Hon. Elizabeth A. Wolford
Chief Judge
United States District Court

99974547.1